UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

      **Plaintiff,**

v.                                         **Case No. 3:09-cr-322-J-32TEM**

DANIEL WILLIAM VIGIL,

      **Defendant.**

_____/

**DEFENDANT'S RESPONSE TO COURT'S SEPTEMBER 3, 2020 ORDER**

Mr. Daniel Vigil, by and through undersigned counsel, respectfully responds to the Court's September 3, 2020 Order, Doc. 126, advising Mr. Vigil to continue investigating alternative release plans.

Since the date of his last filing on September 16, 2020, Mr. Vigil has been referred to a structured, faith-based residential reentry program in Jacksonville, has applied for a placement, and been conditionally accepted as a resident pending finalization of paperwork.[1] *See* Prisoners of Christ Reentry and Transition Services, at https://pocjax.org/; Ex. A. He has secured the required admission documents, completed the written and interview portions of the application process, and the undersigned has confirmed with the director of reentry services that Prisoners of Christ has deemed Mr. Vigil to be a good candidate for residential services, there is

---

[1] A letter of conditional acceptance into the Prisoners of Christ program dated September 23, 2020, from President and CEO Jeff Witt is attached hereto as Exhibit A.

space available for him, and his admission to the program is anticipated upon completion and processing of his application.

Further, the undersigned and Mr. Vigil have discussed with Prisoners of Christ staff his health and mobility limitations as they impact accessibility and employment concerns, which will be accommodated appropriately. Prisoners of Christ will work with Mr. Vigil to insure that he obtains the medical care he requires, has stable, safe, appropriate housing, seeks benefits to which he may be entitled and/or becomes appropriately employed, secures reliable transportation, and complies with all terms of his supervision. Ex. A. Acceptance into this program, with the resources and support it offers, is an exceptional opportunity for Mr. Vigil to make a new start upon his release.

The undersigned has communicated with the Probation Office regarding Mr. Vigil's intent to seek a placement in this program. As has been repeatedly affirmed by the committed family members, friends, and other advocates who have leapt to Mr. Vigil's aid in the past weeks, he recognizes that he is remarkably fortunate to have a wealth of support in the community to assure that his reentry transition is a successful one. *See* Doc. 127 at 2 (discussing Ms. Behnke's intention to assist financially with medical care as needed); Doc. 125 at n.2; Doc. 123; Doc. 121 at Ex. A.

Therefore, Mr. Vigil respectfully reiterates his request that his sentence be reduced to time served, with supervised release commencing immediately, conditional upon release directly into the care of Prisoners of Christ.[2]

---

[2] Alternatively, if Mr. Vigil is released before Prisoners of Christ is able to receive

Wherefore, based on the foregoing, Mr. Vigil respectfully requests that his term of imprisonment is reduced to time served, with the previously imposed term of supervised release beginning immediately.

Respectfully submitted,

James T. Skuthan
Acting Federal Defender

*/s/ Juliann Welch*
Juliann Welch
Research and Writing Attorney
Florida Bar Number 1003171
400 North Tampa St., Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
E-Mail: Juliann_Welch@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the Office of the United States Attorney.

*/s/ Juliann Welch*
Juliann Welch
Counsel of Record

---

him for any reason—which is not anticipated—he nonetheless seeks immediate release from BOP in light of the ongoing COVID-19 crisis, and requests imposition of an additional condition of supervised release that his supervision include a transitional term in a residential reentry center, *see* Doc. 125, after which he intends to reside with Prisoners of Christ at the earliest opportunity.

3